# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-50569-AMK |
| MIA SIMMONS, | CHAPTER 7 |
| Debtor. | JUDGE ALAN M. KOSCHIK |

## MOTION TO SHOW CAUSE

Now comes the Chapter 7 Trustee Julie K. Zurn (the "Trustee") by and though undersigned counsel, and hereby moves this Court to issue an order requiring Ronnie Holman to appear and show cause why he should not be held in contempt of Court for violating this Court's Order Directing Ronnie Holman to Appear for Examination Pursuant to Bankruptcy Rule 2004 and Order for Production of Documents (the "Order"). Chapter 7 Trustee Julie K. Zurn states the following in support of this motion:

1. On November 5, 2020, the Trustee filed a Motion for Order Directing Ronnie Holman to Appear and Produce Documents Pursuant to Bankruptcy Rule 2004 (the "Motion"). *See* Doc. 82. On the same date, this Court granted the Motion and entered an Order Directing Ronnie Holman to Appear for Examination Pursuant to Bankruptcy Rule 2004 and Order for Production of Documents (the "Order") that required Ronnie Holman to produce the requested documents on or before November 16, 2020 and to appear at the office of counsel for the Trustee on November 20, 2020. *See* Docket # 83.

2. Ronnie Holman was served with a true copy of the Motion, the Order and a Subpoena with a check for witness fee and mileage by certified mail on November 7, 2020. A copy of the signature card is attached as Exhibit A.

3. On November 9, 2020, Mr. Holman called the Trustee and indicated in his voicemail his intent not to appear for examination and claiming to have not received the Motion, Order, and subpoena. On November 10, 2020, Trustee returned Mr. Holman's phone call. Mr. Holman abruptly ended the call after again indicating that he did not intend to appear and he was claiming the "fifth" anyways.

4. On November 19, 2020, Trustee filed a Notice of Adjourned 2004 Examination

changing the appearance date to November 30, 2020 at 10:30 a.m. and directing that Mr. Holman appear by video conference or telephone, rather than in person, due to the ongoing public health emergency. The Trustee mailed a copy of the Notice to Mr. Holman and left him a phone message regarding the change.

5. Ronnie Holman has not returned the Trustee's last telephone call. Ronnie Holman failed to appear at the offices of the Trustee on the original scheduled date. Ronnie Holman failed to appear by video conference or telephone on the adjourned date.

6. Mr. Holman has not provided any documents to the Trustee.

Based upon the foregoing, the Trustee hereby moves this Court to issue an order requiring Ronnie Holman to appear and show cause why he should not be held in contempt of Court for violating this Court's Order of November 5, 2020 and for such other relief as this Court deems just and proper. A proposed show cause order is attached as Exhibit B.

Respectfully submitted:

/s/ Julie K. Zurn
Julie K. Zurn (0066391)
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, Ohio 44311
330-535-5711 – phone
330-253-8601 – fax
jzurn@brouse.com

*Attorney for Chapter 7 Trustee Julie K. Zurn*

1100444

## CERTIFICATE OF SERVICE

  I, hereby certify that a copy of the foregoing Motion to Show Cause was electronically transmitted on December 8, 2020 via this Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Julie K. Zurn
Chapter 7 Trustee

Office of the U.S. Trustee

Wilhelmina Huff, Counsel to Debtor


and to the following via regular U.S. mail on December 8, 2020:

Ronnie Holman
1214 E. 83rd Street
Cleveland, OH 44103


               /s/ Julie K. Zurn
               Julie K. Zurn

EXHBIT A

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ronnie Holman
1214 E. 83rd Street
Cleveland, OH 44103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Ronnie Holman*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7012 1010 0002 4479 8563

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO. 20-50569-AMK** |
| **MIA SIMMONS,** | **CHAPTER 7** |
| **Debtor.** | **JUDGE ALAN M. KOSCHIK** |

**ORDER TO SHOW CAUSE**

For good cause shown, it is hereby ORDERED AND DECREED, that Ronnie Holman appear before this Court on the _____ day of _____, 2020 at _____, and shall explain to this Court at that time why Ronnie Holman should not be held in contempt of this Court for violating this Court's Order Directing Ronnie Holman to Appear for Examination Pursuant to Bankruptcy Rule 2004 and Order for Production of Documents.

IT IS SO ORDERED:

# # #

SUBMITTED BY:

Julie K. Zurn (0066391)
Brouse McDowell
388 South Main Street, Suite 500
Akron, Ohio 44311
330-535-5711 – phone
330-253-8601 – fax
jzurn@brouse.com
*Attorney for Chapter 7 Trustee Julie K. Zurn*


NOTICES TO:

Office of the U.S. Trustee, via ECF

Chapter 7 Trustee Julie K. Zurn, via ECF

Wilhelmina Huff, Counsel for Debtor(s), via ECF


and to the following via regular mail:

Ronnie Holman
1214 E. 83rd Street
Cleveland, OH 44103