This document was signed electronically on December 9, 2020, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: December 9, 2020



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-50569-AMK |
| MIA SIMMONS, | CHAPTER 7 |
| Debtor. | JUDGE ALAN M. KOSCHIK |

## ORDER TO SHOW CAUSE

For good cause shown, it is hereby ORDERED AND DECREED, that Ronnie Holman appear by telephone before this Court on the 16th day of December, 2020 at 11:00 a.m., and shall explain to this Court at that time why Ronnie Holman should not be held in contempt of this Court for violating this Court's Order Directing Ronnie Holman to Appear for Examination Pursuant to Bankruptcy Rule 2004 and Order for Production of Documents.

This hearing will be held telephonically. The dial in information is as follows:

Phone Number (866) 434-5269
Access Code: 2469740#

IT IS SO ORDERED:

# # #

SUBMITTED BY:

Julie K. Zurn (0066391)
Brouse McDowell
388 South Main Street, Suite 500
Akron, Ohio 44311
330-535-5711 – phone
330-253-8601 – fax
jzurn@brouse.com
*Attorney for Chapter 7 Trustee Julie K. Zurn*


NOTICES TO:

Office of the U.S. Trustee, via ECF

Chapter 7 Trustee Julie K. Zurn, via ECF

Wilhelmina Huff, Counsel for Debtor(s), via ECF


and to the following via regular mail:

Ronnie Holman
1214 E. 83rd Street
Cleveland, OH 44103