# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-50569-AMK |
| MIA SIMMONS, | CHAPTER 7 |
| Debtor. | JUDGE ALAN M. KOSCHIK |

### NOTICE OF 2004 EXAMINATION PURSUANT TO ORDER DIRECTING RONNIE HOLMAN TO APPEAR AND PRODUCE DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004

Please take notice that the 2004 examination of RONNIE HOLMAN previously scheduled for November 30, 2020 will take place beginning at 3:00 p.m. on January 4, 2021 via Zoom by agreement of Mr. Ronnie Holman and the Trustee.

The instructions for joining the Zoom meeting are set forth below:

**Meeting ID: 898 6369 9305**
**Passcode: 925208**

Respectfully submitted:

/s/ *Julie K. Zurn*
Julie K. Zurn (#0066391)
Chapter 7 Trustee
388 S. Main Street, Suite 500
Akron, OH 44311
Tel. (330) 535-5711
jzurn@brouse.com

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing Motion was electronically transmitted on December 30, 2020 via this Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Julie K. Zurn, Chapter 7 Trustee

Office of the U.S. Trustee

Wilhelmina Huff, Counsel to Debtor

and to the following via regular U.S. mail on December 30, 2020:

Mia Simmons, Debtor
1268 Canyon View Rd.
Northfield, OH 44067


Ronnie Holman
1214 E. 83rd Street
Cleveland, OH 44103

And via text to (216) 322-3042

/s/ *Julie K. Zurn*
Julie K. Zurn (#0066391)