TO: Trustee Julie K. Zurn

FROM: Ronnie Holman 216-322-3042 (mobile)

DATE: January 7, 2021

**RE: Response to Rule 2004 – Case No. 20-50569-AMK**

FILED
2021 JAN 12 AM 8:30
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

I, Ronnie Holman, am responding in writing based on our scheduled 2004 Examination hearing on Monday, January 4, 2021, via Zoom.

*Per your request:*

Documents from March 11, 2018 to the present showing

- dates and amounts of money received by Mr. Holman from the Debtor
    - *I don't have any receipts between Ms. Simmons and I, as we were in an intimate relationship for over 10 years.*
- debts owed jointly by Mr. Holman and the Debtor;
    - *Santander (2013 BMW) – already submitted by Ms. Simmons*
- Payments on debts owed jointly by Mr. Holman & the Debtor:
    - *Santander (2013 BMW) & Lease agreement @ Chinaberry Cir between Aug 2019 – Jan 2020 (payment split in half)*
- payments by the Debtor on debts owed by Mr. Holman;
    - *Ms. Simmons did not pay any debts owed by Mr. Holman. As I am not a debtor on this bankruptcy case, so what legal basis does my personal debt have to this case? Please refer to Resolve IT Report, previously submitted to Trustee Zurn. The last amount of co-mingled funds was paid out to Resolve IT ($6,000), which has been previously returned to Trustee Zurn.*
- assets owned jointly by Mr. Holman and the Debtor, including without limitation, statements for any bank, depository, investment, or other financial accounts, deeds to real estate, purchase agreements and vehicle titles.
    - *Joint - Chase Bank Account xxxx5930, I no longer have access to that joint account as of December 2019.*

I have responded in writing, along with my recorded responses from our 2004 Examination on January 4, 2021. I have yet to receive the transcript from our January 4, examination.

I will be in attendance for the next Examination on January 13, 2021

CC: Clerk of Courts - U.S. Bankruptcy Court

*Ronnie Holman*