**This document was signed electronically on February 2, 2021, which may be different from its entry on the record.**

IT IS SO ORDERED.

Dated: February 2, 2021



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In Re: | **Case No. 20-50569-AMK** |
| **MIA SIMMONS** | **Chapter 7** |
| | **Judge Alan M. Koschik** |
| **Debtor(s)** | |

### AGREED ORDER GRANTING MOTION TO COMPROMISE WITH SHARRON MURPHY WILLIAMS

This cause came on for consideration upon the Motion of Trustee, Julie K. Zurn, for an Order authorizing her to compromise the estate's interest in certain avoidance actions against Sharron Murphy Williams. It appears that Trustee has served a copy of the Motion upon the Office of the U.S. Trustee, Counsel for Debtor(s), Debtor(s), and all creditors having filed claims in this case.

There have been no objections or other responses presented to the Court regarding the Motion to Compromise. Thus, upon review it appears that Trustee's Motion is well taken.

Upon agreement of the parties, Sharron Murphy Williams shall pay to the estate $13,563.83 in order to resolve this matter without further litigation. The Trustee has received these funds from Sharron Murphy Williams.

WHEREFORE, it is the Order of this Court that Trustee is authorized to compromise the estate's interest in the certain avoidance actions against Sharron Murphy Williams on the terms outlined above.

**IT IS SO ORDERED.**

### # # #

Respectfully submitted,

/s/ Julie K. Zurn
Julie K. Zurn 0066391
Chapter 7 Trustee
388 S. Main Street, Suite 500
Akron, OH 44311
Tel (330) 535-5711
jzurn@brouse.com

Agreed:

Sharron Murphy Williams
Enterprise Parkway
3401 Enterprise Place, Suite 340
Beachwood, OH 44122

**NOTICES TO:**

Office of the U.S. Trustee, via ECF
Julie K. Zurn, Trustee, via ECF
Wilhelmina Huff, Counsel for Debtor(s), via ECF

All creditors having filed claims in this case.

MIA SIMMONS, Debtor, via regular U.S. mail
1268 CANYON VIEW RD.
NORTHFIELD, OH 44067