## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No.: 1

| | | |
|---|---|---|
| **Case No.:** 20-50569 | **Trustee Name:** | Julie K. Zurn |
| **Case Name:** SIMMONS, MIA | **Date Filed (f) or Converted (c):** | 03/11/2020 (f) |
| **For the Period Ending:** 06/30/2021 | **§341(a) Meeting Date:** | 05/05/2020 |
| | **Claims Bar Date:** | 09/25/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  2013 BMW X5 Mileage: 110,000 | $10,000.00 | $0.00 | OA | $0.00 | FA |
| 2  2016 Lincoln MKZ Mileage: 29,353 | $28,299.98 | $0.00 | | $0.00 | FA |
| 3  TV, DVD player, stereo, computer dresser, microwave, washer, dryer, sofa, loveseat, printer, bed. | $6,000.00 | $1.00 | | $0.00 | $1.00 |
| 4  Women's clothing | $3,500.00 | $0.00 | | $0.00 | FA |
| 5  Costume Jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 6  Cash | $25.00 | $1.00 | | $0.00 | $1.00 |
| **Asset Notes:** Trustee waiting for complete accounting of cash withdrawals in close proximity to petition date | | | | | |
| 7  Chase Account 7259 | $12.00 | $1.12 | | $0.00 | FA |
| **Asset Notes:** Based on Petition Date Statement | | | | | |
| 8  US Bank 6297 | $471.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Petition Date Statement shows balance of $1 after transfer to insiders just prior to filing | | | | | |
| 9  STRS | $1,000.00 | $0.00 | | $0.00 | FA |
| 10  Tripla AAA Term Life | $0.00 | $0.00 | | $0.00 | FA |
| 11  Chase Account 5930 (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Based on petition date statement | | | | | |
| 12  Potential Avoidance Action and other possible causes of action against Apprisen | $0.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** Debtor disclosed payments to Apprisen in SOFA | | | | | |
| 13  Potential Avoidance Actions based on undisclosed transfers by Debtor of money to Sharron Williams (u) | $0.00 | $13,563.83 | | $13,563.83 | FA |
| 14  Potential Avoidance Actions based on transfers to or for the benefit of Ronnie Holman (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| 15  Bank of America Bank Account ending 1146 (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Petition date statement balance | | | | | |
| 16  Depository Account ending 2631 (u) | $0.00 | $1.00 | | $0.00 | $1.00 |
| **Asset Notes:** Statement Not Yet Provided; deposits are made into this account from debtor's payroll | | | | | |
| **TOTALS (Excluding unknown value)** | $49,407.98 | $13,569.95 | | $13,563.83 | **Gross Value of Remaining Asset** $4.00 |

| Case No.: | 20-50569 | Trustee Name: | Julie K. Zurn |
| Case Name: | SIMMONS, MIA | Date Filed (f) or Converted (c): | 03/11/2020 (f) |
| For the Period Ending: | 06/30/2021 | §341(a) Meeting Date: | 05/05/2020 |
| | | Claims Bar Date: | 09/25/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/14/2021 | Adversary against R. Holman pending; motion to deem facts admitted under advisement |
| 01/29/2021 | Adversary filed against R. Holman, PTC on 3/3/2021 |
| 12/23/2020 | Trustee continuing to investigate transfers to insiders and others, including without limitation Ronnie Holman, Lillie Simmons, and John Simmons |
| 11/20/2020 | Trustee and Sharron Murphy Williams reached agreement to compromise. Motion to be filed. |
| 10/23/2020 | Trustee continuing to investigate scope of transfers and to assess avoidance actions; 2004 examinations scheduled |
| 06/23/2020 | Trustee investigating and will administer non-exempt liquid assets, transfers of the debtor within the statutory look back period to creditors, insiders, and others. |

Debtor filed motion to convert to Ch. 13; Trustee filed objection to conversion and filed motion seeking extension of deadline to object to discharge.

Trustee hired counsel to assist - order to employ uploaded 8/3/2020
Motions for 2004 examination filed

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/06/2021 | **Current Projected Date Of Final Report (TFR):** | /s/ JULIE K. ZURN |
| | | | JULIE K. ZURN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |
|---|---|
| Case No. | 20-50569 |
| Case Name: | SIMMONS, MIA |
| Primary Taxpayer ID #: | **-***1990 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 01/01/2021 |
| For Period Ending: | 06/30/2021 |

| | |
|---|---|
| Trustee Name: | Julie K. Zurn |
| Bank Name: | Allegiance Bank |
| Checking Acct #: | ******2017 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check / Ref. # | 3<br>Paid to/ Received From | 4<br>Description of Transaction | 5<br>Uniform Tran Code | 6<br>Deposit $ | 7<br>Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 10/27/2020 | (13) | Sharron Murphy Williams | Partial payment pursuant to demand for turnover of preferential and/or fraudulent transfers to Sharron Murphy-Williams or one of her companies. | 1241-000 | $7,563.83 | | $7,563.83 |
| 11/18/2020 | (13) | Sharron Williams | Payment from Sharron Williams / Resolve in response to demand for turnover of pre-petition transfers by Debtor. | 1241-000 | $6,000.00 | | $13,563.83 |
| 12/15/2020 | 1001 | Insurance Partners | Bond Payment | 2300-000 | | $3.13 | $13,560.70 |
| 03/31/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $17.28 | $13,543.42 |
| 04/30/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $16.68 | $13,526.74 |
| 05/28/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $15.51 | $13,511.23 |
| 06/30/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $16.64 | $13,494.59 |
| | | | TOTALS: | | $13,563.83 | $69.24 | $13,494.59 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $13,563.83 | $69.24 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $13,563.83 | $69.24 | |

For the period of 01/01/2021 to 06/30/2021

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $66.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $66.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 10/27/2020 to 6/30/2021

| | |
|---|---|
| Total Compensable Receipts: | $13,563.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,563.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $69.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $69.24 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 20-50569 |
| Case Name: | SIMMONS, MIA |
| Primary Taxpayer ID #: | **-***1990 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 01/01/2021 |
| For Period Ending: | 06/30/2021 |

| | |
|---|---|
| Trustee Name: | Julie K. Zurn |
| Bank Name: | Allegiance Bank |
| Checking Acct #: | ******2017 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $13,563.83 | $69.24 | $13,494.59 |

| For the period of 01/01/2021 to 06/30/2021 | | For the entire history of the account between 10/27/2020 to 6/30/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $13,563.83 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $13,563.83 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $66.11 | Total Compensable Disbursements: | $69.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $66.11 | Total Comp/Non Comp Disbursements: | $69.24 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JULIE K. ZURN

JULIE K. ZURN