# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 20-50569 | Trustee Name: | Julie K. Zurn |
|---|---|---|---|
| Case Name: | SIMMONS, MIA | Date Filed (f) or Converted (c): | 03/11/2020 (f) |
| For the Period Ending: | 12/31/2021 | §341(a) Meeting Date: | 05/05/2020 |
| | | Claims Bar Date: | 09/25/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2013 BMW X5 Mileage: 110,000 | $10,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | 2016 Lincoln MKZ Mileage: 29,353 | $28,299.98 | $0.00 | | $0.00 | FA |
| 3 | TV, DVD player, stereo, computer dresser, microwave, washer, dryer, sofa, loveseat, printer, bed. | $6,000.00 | $0.00 | | $0.00 | FA |
| 4 | Women's clothing | $3,500.00 | $0.00 | | $0.00 | FA |
| 5 | Costume Jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Cash | $25.00 | $1.00 | | $0.00 | FA |
| Asset Notes: | Trustee waiting for complete accounting of cash withdrawals in close proximity to petition date; debtor provided a spreadsheet | | | | | |
| 7 | Chase Account 7259 | $12.00 | $1.12 | | $0.00 | FA |
| Asset Notes: | Based on Petition Date Statement | | | | | |
| 8 | US Bank 6297 | $471.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Petition Date Statement shows balance of $1 after transfer to insiders just prior to filing | | | | | |
| 9 | STRS | $1,000.00 | $0.00 | | $0.00 | FA |
| 10 | Tripla AAA Term Life | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Chase Account 5930 (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Based on petition date statement | | | | | |
| 12 | Potential Avoidance Action and other possible causes of action against Apprisen | $0.00 | $1.00 | | $0.00 | FA |
| Asset Notes: | Debtor disclosed payments to Apprisen in SOFA; Trustee also investigated transfers made as part of undisclosed transfer of real estate prior to petition date | | | | | |
| 13 | Potential Avoidance Actions based on undisclosed transfers by Debtor of money to Sharron Williams (u) | $0.00 | $13,563.83 | | $13,563.83 | FA |
| 14 | Potential Avoidance Actions based on transfers to or for the benefit of Ronnie Holman (u) | $0.00 | $1.00 | | $0.00 | FA |
| 15 | Bank of America Bank Account ending 1146 (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Petition date statement balance | | | | | |
| 16 | Depository Account ending 2631 (u) | $0.00 | $1.00 | | $0.00 | FA |
| Asset Notes: | Statement Not Yet Provided; deposits are made into this account from debtor's payroll; debtor maintains not her account, subpoenas to financial institutions for accounts in debtor's name did not produce statements for this account | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 20-50569 | Trustee Name: | Julie K. Zurn |
| --- | --- | --- | --- |
| Case Name: | SIMMONS, MIA | Date Filed (f) or Converted (c): | 03/11/2020 (f) |
| For the Period Ending: | 12/31/2021 | §341(a) Meeting Date: | 05/05/2020 |
| | | Claims Bar Date: | 09/25/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**  —  **Gross Value of Remaining Assets**

| | $49,407.98 | $13,568.95 | | $13,563.83 | $0.00 |
| --- | --- | --- | --- | --- | --- |

**Major Activities affecting case closing:**

| | |
| --- | --- |
| 12/02/2021 | Counsel to submit fee application |
| | Claims to be reviewed |
| | TFR to be submitted |
| 06/14/2021 | Adversary against R. Holman pending; motion to deem facts admitted under advisement |
| 01/29/2021 | Adversary filed against R. Holman, PTC on 3/3/2021 |
| 12/23/2020 | Trustee continuing to investigate transfers to insiders and others, including without limitation Ronnie Holman, Lillie Simmons, and John Simmons |
| 11/20/2020 | Trustee and Sharron Murphy Williams reached agreement to compromise. Motion to be filed. |
| 10/23/2020 | Trustee continuing to investigate scope of transfers and to assess avoidance actions; 2004 examinations scheduled |
| 08/21/2020 | Debtor's Discharge Denied |
| 06/23/2020 | Trustee investigating and will administer non-exempt liquid assets, transfers of the debtor within the statutory look back period to creditors, insiders, and others. |
| | |
| | Debtor filed motion to convert to Ch. 13; Trustee filed objection to conversion and filed motion seeking extension of deadline to object to discharge. |
| | |
| | Trustee hired counsel to assist - order to employ uploaded 8/3/2020 |
| | Motions for 2004 examination filed |

| Initial Projected Date Of Final Report (TFR): | 12/06/2021 | Current Projected Date Of Final Report (TFR): | 01/26/2022 | /s/ JULIE K. ZURN |
| --- | --- | --- | --- | --- |
| | | | | JULIE K. ZURN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 20-50569 | **Trustee Name:** | Julie K. Zurn |
| **Case Name:** SIMMONS, MIA | **Bank Name:** | Allegiance Bank |
| **Primary Taxpayer ID #:** **-***1990 | **Checking Acct #:** | ******2017 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 07/01/2021 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 12/31/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2020 | (13) | Sharron Murphy Williams | Partial payment pursuant to demand for turnover of preferential and/or fraudulent transfers to Sharron Murphy-Williams or one of her companies. | 1241-000 | $7,563.83 | | $7,563.83 |
| 11/18/2020 | (13) | Sharron Williams | Payment from Sharron Williams / Resolve in response to demand for turnover of pre-petition transfers by Debtor. | 1241-000 | $6,000.00 | | $13,563.83 |
| 12/15/2020 | 1001 | Insurance Partners | Bond Payment | 2300-000 | | $3.13 | $13,560.70 |
| 03/31/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $17.28 | $13,543.42 |
| 04/30/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $16.68 | $13,526.74 |
| 05/28/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $15.51 | $13,511.23 |
| 06/30/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $16.64 | $13,494.59 |
| 07/30/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $16.62 | $13,477.97 |
| 08/31/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $17.17 | $13,460.80 |
| 09/30/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $16.58 | $13,444.22 |
| 10/29/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $15.99 | $13,428.23 |
| 11/30/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $16.54 | $13,411.69 |
| 12/14/2021 | 1002 | Insurance Partners | Bond Premium for Nov 1, 2021 - Nov 1, 2022 | 2300-000 | | $9.13 | $13,402.56 |
| 12/31/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $17.09 | $13,385.47 |
| | | | | **SUBTOTALS** | $13,563.83 | $178.36 | |

| Case No. | 20-50569 | | Trustee Name: | Julie K. Zurn |
|---|---|---|---|---|
| Case Name: | SIMMONS, MIA | | Bank Name: | Allegiance Bank |
| Primary Taxpayer ID #: | **-***1990 | | Checking Acct #: | ******2017 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $13,563.83 | $178.36 | $13,385.47 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $13,563.83 | $178.36 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $13,563.83 | $178.36 | |

| For the period of 07/01/2021 to 12/31/2021 | | For the entire history of the account between 10/27/2020 to 12/31/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $13,563.83 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $13,563.83 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $109.12 | Total Compensable Disbursements: | $178.36 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $109.12 | Total Comp/Non Comp Disbursements: | $178.36 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | |
|---|---|
| Case No. | 20-50569 |
| Case Name: | SIMMONS, MIA |
| Primary Taxpayer ID #: | **-***1990 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2021 |
| For Period Ending: | 12/31/2021 |

| | |
|---|---|
| Trustee Name: | Julie K. Zurn |
| Bank Name: | Allegiance Bank |
| Checking Acct #: | ******2017 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $13,563.83 | $178.36 | $13,385.47 |

| For the period of 07/01/2021 to 12/31/2021 | | For the entire history of the account between 10/27/2020 to 12/31/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $13,563.83 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $13,563.83 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $109.12 | Total Compensable Disbursements: | $178.36 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $109.12 | Total Comp/Non Comp Disbursements: | $178.36 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JULIE K. ZURN

JULIE K. ZURN